LAW OFFICES OF BILL LATOUR
ALEXX PANUTICH [CSBN: 280413]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARCELINO RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>  Defendant. | No. EDCV 21-1363 KES<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED NINETEEN DOLLARS AND 34/100 ($2,119.34) subject to the terms of the stipulation.

DATE:  April 7, 2022    _Karen E. Scott_
                         HON. KAREN E. SCOTT,
                         UNITED STATES MAGISTRATE JUDGE